## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Joyce W. Rivera                                    CHAPTER 13

Debtor(s)

BKY. NO. 26-10713 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Matthew Fissel

Matthew Fissel
26 Feb 2026, 12:29:33, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: f6a67ae2074bdd460145f085e67466a066067e985fcd4f03c50e4cd03df68b17