Certificate Number: 17082-PAE-DE-040657312

Bankruptcy Case Number: 26-10713



17082-PAE-DE-040657312

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 24, 2026</u>, at <u>1:14</u> o'clock <u>PM MST</u>, <u>JOYCE RIVERA</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>February 24, 2026</u>      By:     <u>/s/Orsolya K Lazar</u>

Name:   <u>Orsolya K Lazar</u>

Title:   <u>Executive Director</u>