L.B.F.  3015-6A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**   Joyce Rivera                                    **:**       **Chapter** 13
                                                            **:**
            **Debtor(s)**                    **:**       **Bky. No.** 26-10713

### PRE-CONFIRMATION CERTIFICATION
### OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
### WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

*[to be executed by counsel for the Debtor(s) or the Debtor(s)]*

**Date:**   5/28/2026        *Charles Laputka*
                            _____
                            [name]
                            Attorney for Debtor(s)

**Date:** 5/28/2026         Joyce Rivera
                            _____
                            [name]
                            Debtor

**Date:** 05/28/2026        *Joyce Rivera*
                            _____
                            [name]
                            Debtor

-19-



**Progress** | RightSignature

## SIGNATURE CERTIFICATE

**REFERENCE NUMBER**
FC8FF48F-C129-4C6D-98FE-80E60C823102

---

**TRANSACTION DETAILS**

**Reference Number**
FC8FF48F-C129-4C6D-98FE-80E60C823102

**Transaction Type**
Signature Request

**Sent At**
05/27/2026 10:39:22 AM EDT

**Executed At**
05/27/2026 10:58:57 AM EDT

**Identity Method**
email

**Distribution Method**
email

**Signed Checksum**
7bc5f7ccece8fa569e976ba9db9f8f1635d8fb8dde325bc143ff89aa8adf65e1

**Signer Sequencing**
Disabled

**Document Passcode**
Disabled

**eIDAS Authentication**
Disabled

**DOCUMENT DETAILS**

**Document Name**
Local Bankruptcy Forms -L B F 3015-6A - Pre-Con Cert

**Filename**
Local_Bankruptcy_Forms_-L_B_F_3015-6A_-_Pre-Con_Cert.pdf

**Pages**
1 page

**Content Type**
application/pdf

**File Size**
60.8 KB

**Original Checksum**
53f58d67f156f3b7b35ab8b5381a5e546445012f6525ab7dfe28e609c644c1fb

## SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>Joyce Rivera | **Status**<br>signed | **Viewed At**<br>05/27/2026 10:52:26 AM EDT |
| **Email**<br>jazyjace@hotmail.com | **Multi-factor Digital Fingerprint Checksum**<br>4f53cda18c2baa0c0354bb5f9a3ecbe5ed12ab4d8e11ba873c2f11161202b945 | **Identity Authenticated At**<br>05/27/2026 10:58:57 AM EDT |
| **Components**<br>2 | **IP Address**<br>146.75.136.1 | **Signed At**<br>05/27/2026 10:58:57 AM EDT |
| | **Device**<br>Safari via Mac | |
| | **Typed Signature**<br>*Joyce Rivera* | |
| | **Signature Reference ID**<br>BAB6F880 | |

## AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 05/27/2026 10:39:22 AM EDT | Sarah Phelps (sarah@laputkalaw.com) created document 'Local_Bankruptcy_Forms_-L_B_F_3015-6A_-_Pre-Con_Cert.pdf' on Chrome via Windows from 108.52.232.117. |
| 05/27/2026 10:39:22 AM EDT | Joyce Rivera (jazyjace@hotmail.com) was emailed a link to sign. |
| 05/27/2026 10:52:26 AM EDT | Joyce Rivera (jazyjace@hotmail.com) viewed the document on Safari via Mac from 146.75.136.1. |
| 05/27/2026 10:58:57 AM EDT | Joyce Rivera (jazyjace@hotmail.com) authenticated via email on Safari via Mac from 146.75.136.1. |
| 05/27/2026 10:58:57 AM EDT | Joyce Rivera (jazyjace@hotmail.com) signed the document on Safari via Mac from 146.75.136.1. |