United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-10713-pmm |
| Joyce W. Rivera | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 26, 2026 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joyce W. Rivera, 1118 E. Vernon Rd, Philadelphia, PA 19150-3126 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 27 2026 03:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2026 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 27 2026 04:03:58 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Joyce W. Rivera ecfnotices@laputkalaw.com |

District/off: 0313-2                         User: admin                              Page 2 of 2

Date Rcvd: May 26, 2026                   Form ID: pdf900                        Total Noticed: 4

jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

Elizabeth Trachtman

on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL

on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

IN RE:

JOYCE W. RIVERA

      Debtor

ALLY BANK

      Movant

v.

JOYCE W. RIVERA
(Debtor)

KENNETH E. WEST
 (Trustee)

      Respondents

Chapter 13
Case No. 26-10713-PMM

**<u>ORDER MODIFYING AUTOMATIC STAY</u>**

AND NOW, this 26th day of May_____, 2026, upon consideration of the Motion for

Relief from Automatic Stay ("Motion"), filed by Ally Bank ("Movant"), and any response thereto,

and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED** that the Automatic Stay imposed by <u>11 U.S.C. § 362</u> is modified, permitting

Ally Bank, and its successors and assigns, to exercise its rights under applicable law against the

Property; and Ally Bank is allowed to enforce the contract rights as it pertains to the 2015

Mercedes GLK350W4 VIN No. WDCGG8JB3FG352704, to obtain possession of and/or dispose

of the Property; and it is further

**ORDERED**, that Relief from the Automatic Stay is granted allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies and obtain possession of and/or dispose of the Property and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible solutions and/or resolutions; and it is further

**ORDERED**, that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and it is further

**ORDERED,** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(4).

BY THE COURT:

Honorable Patricia M. Mayer
U.S. Bankruptcy Judge