L.B.F.  3015-6A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**    Joyce Rivera                          **:**      **Chapter** 13
                                                               **:**
                        **Debtor(s)**        **:**      **Bky. No.** 26-10713

**PRE-CONFIRMATION CERTIFICATION**
**OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE**
**WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

*[to be executed by counsel for the Debtor(s) or the Debtor(s)]*

**Date:**   5/28/2026       *Charles Laputka*
                            _____
                            [name]
                            Attorney for Debtor(s)

**Date:** 5/28/2026          Joyce Rivera
                            _____
                            [name]
                            Debtor

**Date:** 05/28/2026        *Joyce Rivera*
                            _____
                            [name]
                            Debtor

-19-



**Progress® | RightSignature**

## SIGNATURE CERTIFICATE

**REFERENCE NUMBER**
FC8FF48F-C129-4C6D-98FE-80E60C823102

| TRANSACTION DETAILS | DOCUMENT DETAILS |
|---|---|
| **Reference Number** FC8FF48F-C129-4C6D-98FE-80E60C823102 | **Document Name** Local Bankruptcy Forms -L B F 3015-6A - Pre-Con Cert |
| **Transaction Type** Signature Request | **Filename** Local_Bankruptcy_Forms_-L_B_F_3015-6A_-_Pre-Con_Cert.pdf |
| **Sent At** 05/27/2026 10:39:22 AM EDT | **Pages** 1 page |
| **Executed At** 05/27/2026 10:58:57 AM EDT | **Content Type** application/pdf |
| **Identity Method** email | **File Size** 60.8 KB |
| **Distribution Method** email | **Original Checksum** 53f58d67f156f3b7b35ab8b5381a5e546445012f6525ab7dfe28e609c644c1fb |
| **Signed Checksum** 7bc5f7ccece8fa569e976ba9db9f8f1635d8fb8dde325bc143ff89aa8adf65e1 | |
| **Signer Sequencing** Disabled | |
| **Document Passcode** Disabled | |
| **eIDAS Authentication** Disabled | |

## SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name** Joyce Rivera | **Status** signed | **Viewed At** 05/27/2026 10:52:26 AM EDT |
| **Email** jazyjace@hotmail.com | **Multi-factor Digital Fingerprint Checksum** 4f53cda18c2baa0c0354bb5f9a3ecbe5ed12ab4d8e11ba873c2f11161202b945 | **Identity Authenticated At** 05/27/2026 10:58:57 AM EDT |
| **Components** 2 | **IP Address** 146.75.136.1 | **Signed At** 05/27/2026 10:58:57 AM EDT |
| | **Device** Safari via Mac | |
| | **Typed Signature** *Joyce Rivera* | |
| | **Signature Reference ID** BAB6F880 | |

## AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 05/27/2026 10:39:22 AM EDT | Sarah Phelps (sarah@laputkalaw.com) created document 'Local_Bankruptcy_Forms_-L_B_F_3015-6A_-_Pre-Con_Cert.pdf' on Chrome via Windows from 108.52.232.117. |
| 05/27/2026 10:39:22 AM EDT | Joyce Rivera (jazyjace@hotmail.com) was emailed a link to sign. |
| 05/27/2026 10:52:26 AM EDT | Joyce Rivera (jazyjace@hotmail.com) viewed the document on Safari via Mac from 146.75.136.1. |
| 05/27/2026 10:58:57 AM EDT | Joyce Rivera (jazyjace@hotmail.com) authenticated via email on Safari via Mac from 146.75.136.1. |
| 05/27/2026 10:58:57 AM EDT | Joyce Rivera (jazyjace@hotmail.com) signed the document on Safari via Mac from 146.75.136.1. |